UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HOWARD COHAN,

    Plaintiff,

CASE NO.: 6:24-cv-01753-WWB-RMN

vs.

SUN VISTA HOTELS IV, LLC
a Florida Limited Liability Company
d/b/a HOLIDAY INN INTERNATIONAL DRIVE
CONVENTION CENTER

    Defendant(s).
_____/

## NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN ("Plaintiff") by and through his undersigned counsel, hereby notifies the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within sixty (60) days and should not be required to file any further responses, motions, and/or pleadings.

    RESPECTFULLY SUBMITTED April 2, 2025.

| | |
|---|---|
| By: /s/ Justin C. Sorel | By: /s/ Gregory S. Sconzo |
| Justin C. Sorel, Esquire | Gregory S. Sconzo, Esq. |
| Lead Counsel | Florida Bar No.: 0105553 |
| FBN: 0016256 | Sconzo Law Office, P.A. |
| Cole, Scott & Kissane, P.A. | 300 Avenue of the Champions, Suite 260 |
| 222 Lakeview Avenue, Suite 500 | Palm Beach Gardens, FL 33418 |
| West Palm Beach, Florida 33401 | *Attorney for Plaintiff* |
| *Counsel for the Defendant* | |

1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 2, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

By: /s/ Gregory S. Sconzo
Gregory S. Sconzo, Esq.